UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WRIGHT,<br><br>                              Plaintiff,<br><br>   v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>                            Defendant. | Case No. 22-cv-1954-BAS-BLM<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**(ECF No. 7)** |

       Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Ulta") moved to dismiss Plaintiff Joan Wright ("Wright")'s initial Complaint on February 17, 2023. (ECF No. 7.) Instead of opposing Ulta's motion, Wright filed her Amended Complaint. Wright does not move for leave of court to file the Amended Complaint; rather, she amends her pleading as of right pursuant to Federal Rule of Civil Procedure ("Rule") 15(a)(1)(B). Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading[.]").

       Wright's Amended Complaint supersedes and replaces her initial Complaint and, thus, renders moot Ulta's motion to dismiss that original pleading. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (*overruled on other grounds in Lacey v.*

- 1 -

1  *Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012)).  Accordingly, the Court **DENIES AS**
2  **MOOT** Ulta's Motion.  (ECF No. 7.)  The Court further **ORDERS** Ulta to respond to the
3  Amended Complaint, or request an extension to do so, in accordance with Rule 15(a)(3).
4        **IT IS SO ORDERED.**
5  **DATED: March 7, 2023**

Hon. Cynthia Bashant
United States District Judge