Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343

Ben Travis (305641)
Ben@BenTravisLaw.com
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr, Ste 100
San Diego, CA 92122
P: (619) 353-7966

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429

*Attorneys for Plaintiff
and The Putative Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>Defendant. | Case No. 22CV1954 BAS BLM<br><br>JOINT MOTION FOR DISMISSAL OF PLAINTIFF, JOAN WRIGHT'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS'S CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Crtrm: 4B<br>Judge: Hon. Cynthia A. Bashant<br><br>Action Filed: December 9, 2022<br>Trial: None Set |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties file this Joint Motion to Dismiss Plaintiff, Joan Wright's, claims with prejudice and the putative class' claims without prejudice. Each party will bear their own attorneys' and costs.

Dated: November 30, 2023         SWIGART LAW GROUP, APC


By: */s/ Joshua B. Swigart*
    Joshua B. Swigart

Attorneys for Plaintiff
JOAN WRIGHT

Dated: November 30, 2023         DENTONS US LLP


By: */s/ Joel D. Siegel*
    Joel D. Siegel
    Paul M. Kakuske
    Pooja L. Shah

Attorneys for Defendant
ULTA SALON, COSMETICS &
FRAGRANCE, INC.