# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-1954-BAS-BLM<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR DISMISSAL WITH PREJUDICE (ECF No. 27)** |

　　　　Before this Court is Parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41.  (ECF No. 27.)  Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss her action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, or (2) filing a stipulation of dismissal signed by all parties who have appeared.  *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation.  No court order is required.  *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  Nonetheless, the local civil rules of this district require

that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise.  *See* Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties have stipulated otherwise by moving jointly for dismissal of Plaintiff Joan Wright's claims with prejudice and the putative class's claims without prejudice. (Mot., ECF No. 27 at 2:2–4.)

Having considered the parties' request, the Court **GRANTS** the Joint Motion to Dismiss. (ECF No. 27.) Thus, the Court **DISMISSES WITH PREJUDICE** Plaintiff's instant action.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: January 16, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.